UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

October 2, 2000

Memo To Counsel Re: Carpenter, et al. v. Joel Sher, et al.
Civil No. 00-2505

Dear Counsel:

This will confirm the schedule set during the conference held on September 29, 2000.

| | |
|---|---|
| December 15, 2000 | Discovery deadline |
| January 19, 2001 | Deadline for defendants' motion for summary judgment and any motion to be filed in the bankruptcy court |
| February 16, 2001 | Deadline for plaintiffs' opposition and cross motion for summary judgment |
| March 2, 2001 | Deadline for defendants' opposition |
| March 16, 2001 | Deadline for plaintiffs' reply |

Mr. Goldberg apparently did not receive notice of the conference and the schedule was set without his input. Unless I hear from Mr. Goldberg on or before October 10, 2000, I will assume that the schedule is acceptable.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File