IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DELOS M. CARPENTER, ET AL.     *
    *
    v.     *   Civil No. JFM-00-2505
    *
JOEL L. SHER, TRUSTEE     *
                        *****

ORDER

Upon consideration of defendant's motion to stay and plaintiff's response thereto, it is, this 8th day of February 2001

ORDERED

1. Defendant's motion is granted;

2. Proceedings in this case are stayed until the United States Bankruptcy Court rules upon the U.S. Small Business Administration's pending motion to reopen case and for entry of an order compelling Joel I. Sher and Cynthia L. Spell, Trustees, to foreclose on deed of trust securing debtors' obligations to class seven creditors; and

3. This case is administratively closed, subject to being reopened within 45 days of the ruling by the Bankruptcy Court on the pending motion described in paragraph 2.

                                                      _____
                                                      J. Frederick Motz
                                                      United States District Judge