IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DELOS M. CARPENTER, et al. | * | |
| | | CIVIL ACTION NO.: |
| Plaintiffs | * | |
| | | JFM-00-2505 |
| v. | * | |
| | | |
| JOEL I. SHER, TRUSTEE, et al. | * | |
| | | |
| Defendants | * | |

******************************************************

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned parties to the above-captioned action, by their respective counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), that the action shall be DISMISSED WITH PREJUDICE.

WALSH, WALSH & REINHART

By: _____
JAMES E. WALSH, Bar. No. 04710
107 South Centre Street
Cumberland, MD 21502
(301) 722-7654

Attorneys for Plaintiffs

THOMAS M. DIBIAGIO
~~STEPHEN M. SCHENNING~~
United States Attorney

By: _____
CHRISTINE M. BARILLA, Bar. No. 04907
Special Assistant U.S. Attorney
U.S. Small Business Administration
10 South Howard Street, Suite 6220
Baltimore, MD 21201
(410) 962-2474

Attorneys for U.S. Small Business Administration

SHAPIRO, SHER & GUINOT

By: _____
JOEL I. SHER, Bar No. 00719
36 South Charles Street, 20th Floor
Baltimore, MD 21202-3147
(410) 385-0202

Attorneys for Defendants, Joel I. Sher
and Cynthia L. Spell, Trustees